# Third District Court of Appeal
## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2488
Lower Tribunal No. 18-25251
_____

**City of Miami,**
Appellant,

vs.

**Shawn M. Fernandez,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Victoria Méndez, City Attorney, and Eric J. Eves, Assistant City Attorney, for appellant.

The Hernandez Legal Group, and Rafael Viego, III; Ralph O. Anderson, P.A., and Ralph O. Anderson (Fort Lauderdale), for appellee.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.